**Opinion issued December 29, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-01059-CV

_____

## IN RE H.B., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, H.B., proceeding *pro se*, has filed a petition for writ of mandamus seeking emergency relief from the trial court's November 3, 2015 order awarding temporary managing conservatorship of her child to the Texas Department of Family and Protective Services and seeking an emergency stay of a status hearing.[1]

---

[1]    The underlying case is *H.B. v. Texas Department of Family & Protective Services*, cause number 2015-00499J, pending in the 315th District Court of Harris County, Texas, the Hon. Mike Schneider presiding.

The petition does not comply with Texas Rule of Appellate Procedure 52.3. *See* TEX. R. APP. P. 52.3(j) (requiring that person filing mandamus petition must certify that she has reviewed petition and concluded that every factual statement in petition is supported by competent evidence included in appendix or record), (k) (requiring filing of appendix containing, among other things, certified or sworn copy of complained-of order or other document).

We deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a), (d). Any pending motions are denied.

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Bland.